Case 1:18-cv-00895-ELR   Document 1-1   Filed 02/28/18   Page 1 of 3

State Court of Fulton County
**E-FILED**
17GC000431
3/1/2017 9:12:56 AM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

**Plaintiff:**

MAMARONECK CAPITAL, LLC AS ASSIGNEE OF GEORGIA RECEIVABLES, INC. ASSIGNEE OF BANK OF AMERICA, NA

**Plaintiff's contact information:**

c/o Jeremy T. McCullough
Aldridge Pite Haan, LLP
PO Box 52815
Atlanta, GA 30355
garnishments@aph-law.com
1.800.844.0045
APH File No. 16-32081

vs.

MYA EVELAND
1220 MECASLIN ST NW APT 3453
ATLANTA GA 30318

Date Filed:

Case No:

**GARNISHMENT**

**Garnishment Court Information**
Room T100 Justice Center Tower
Atlanta, GA 30303
404/613-5040

**Garnishee:**

THE BOARD OF REGENTS OF THE UNIVERSITY
ATTN: PAYROLL/HUMAN RESOURCES
500 TECH PKWY
ATLANTA, GA 30332

## AFFIDAVIT OF CONTINUING GARNISHMENT
## DO NOT USE THIS FORM FOR A CONTINUING GARNISHMENT FOR CHILD SUPPORT OR ALIMONY, SEE O.C.G.A. §18-4-73

Personally appeared Jeremy T. McCullough, who on oath says:

1. I am the Attorney at Law for Plaintiff.
2. The Plaintiff obtained a judgment against the Defendant in Case Number 01-A-3227 in the STATE Court of COBB County, Georgia, and no agreement requires forbearance from the garnishment which is applied for currently.
3. $18,032.21 is the balance due, which consists of the sum of $6,118.30 Principal, $11,377.02 Post Judgment interest, and $536.89 Other (e.g., prejudgment interest, attorney's fees, costs [exclusive of the cost of this action]).
4. Upon the Affiant's personal knowledge or belief, the sum stated herein is unpaid.
5. The Affiant believes that the Garnishee is an employer of the Defendant.

This the __23__ day of __Feb_____, 2017.

_____
Affiant
Jeremy T. McCullough
GA Bar No. 465211

Executed, subscribed, and sworn to before me on the above written date

_____
NOTARY PUBLIC or DEPUTY CLERK OF COURT

L A WHITE
~ NOTARY PUBLIC OFFICIAL SEAL ~
GWINNETT COUNTY, GEORGIA
My Commission Expires: May 26, 2020

# EXHIBIT 1



```
                                    G.E.D. 684 Pg 521
        03000580                Filed and Recorded Sep-20-2001 08:04am
DF-G  Lien Book  24 Pg 6294         2001-0158447
      Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.
                                        Jay C. Stephenson
                                Clerk of Superior Court Cobb Cty. Ga.
```

16-32081

## WRIT OF FIERI FACIAS IN THE STATE COURT OF COBB COUNTY, GEORGIA

| | |
|---|---|
| CIVIL ACTION FILE NO: 01-A-3227 | BANK OF AMERICA NA |
| JUDGMENT DATE: 29-AUG-2001 | PLAINTIFF(S) |
| PLAINTIFF'S ATTORNEY: | VS |
| Frederick J. Hanna & Associates, P.C.<br>Attorneys at Law<br>2253 Northwest Parkway<br>Marietta, GA 30067<br>770-988-9055 | MYA L EVELAND<br>6640 AKERS MILL RD<br>APT 1627<br>ATLANTA GA 30339<br>DEFENDANT(S) |
| FI FA IN HANDS OF: | To all and singular the sheriffs of the State and their lawful deputies:<br>In the above styled case, and on the judgment date set out, the Plaintiff(s) named above recovered against the Defendant(s) named above judgment in the following sums: |

| | |
|---|---|
| Principal | $6118.30 |
| Interest | $334.89 |
| Interest-Other | $0.00 |
| Attorney's Fees | $0.00 |
| Court Costs | $55.00 |
| TOTAL | $6508.19 |
| NOTE: | |

**CANCELLATION**

The within and foregoing Fi Fa having been paid in full the Clerk of the State Court is hereby directed to cancel it of record this _____ day of _____,

Signature: _____

Title: _____

With future interest upon said principal amount from the date of judgment at the legal rate.
Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

BK: 81 PG: 1414
REBECCA KEATON
CLERK OF SUPERIOR COURT Cobb Cty. GA.

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable Judges of Said Court.
This 04 day of SEPTEMBER, 2001.

(SEAL)    By: Elizabeth L Cook
              Deputy Clerk

Lien Book 24 Pg 6293
Filed and Recorded Nov-13-2007 09:29am
2007-0174110

A diligent search was made and no property of the defendant(s) _____ has been found in this County on which to levy this Fi Fa. This ____ day of _____, 20 ___.

Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.
Deputy Sheriff

---

STATE OF GEORGIA, COUNTY OF _____ :

I have this day executed the within Fi Fa by levying upon and seizing the following described property of defendant(s), to wit:

STATE OF GEORGIA, COBB COUNTY,
DELIGENT SEARCH MADE AND NO
PROPERTY FOUND UNDER WHICH TO
LEVY THIS FI. FA. THIS __12__
DAY OF __NOV__, 20 _07_

_____
Deputy Sheriff, Cobb County, GA

NULLA BONA
RECORDED IN LB NO __24__ PG __6293-94__
JAY C. STEPHENSON, CLERK
EXECUTION RECORDED IN GED NO __684__ PAGE __521__

Levied at _____ Georgia,

this ____ day of _____, 20 ___.

_____, Deputy Sher

THE PROPERTY DESCRIBED IN LEVY W
KNOCKED DOWN TO
_____

Sheriff's Service       $ _____
Sheriff's Commission    $ _____
Sheriff's Deed          $ _____
Sheriff's Levy          $ _____
Advertising Fee         $ _____
Other                   $ _____
Total                   $ _____

Net Proceeds            $ _____

_____
Sheriff

---

STATE OF GEORGIA, COUNTY OF _____ :

I have this day executed the within Fi Fa by levying upon and seizing the following described property of defendant(s), to wit:

STATE OF GEORGIA, COBB COUNTY.
DILIGENT SEARCH MADE AND NO
PROPERTY FOUND UNDER WHICH TO
LEVY THIS FI.FA. THIS __14__
DAY OF __Aug__, 20 _13_

_____
Deputy Sheriff, Cobb County, GA

NULLA BONA
RECORDED IN LB NO __81__ PG __1413__
REBECCA KEATON, CLERK
EXECUTION RECORDED IN LB NO __24__ PAGE __6293__
GED 684 Pg 521

Levied at _____ Georgia,

this ____ day of _____, 20 ___.

BK: 81 PG: 1413-1414
Filed and Recorded Aug-15-2013 11:45:44AM
DOC#: L2013-034850

Rebecca Keaton
REBECCA KEATON
CLERK OF SUPERIOR COURT Cobb Cty. GA.

Advertising Fee         $ _____
Other                   $ _____
Total                   $ _____

Net Proceeds            $ _____

_____
Sheriff