# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MYA EVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:18-cv-00895-ELR-RGV |
| v. | ) | |
| | ) | |
| MAMARONECK CAPITAL, LLC; | ) | |
| ALDRIDGE PITE HAAN, LLP; | ) | |
| MCCULLOUGH PAYNE HAAN & | ) | |
| NADLER, LLC; AND JEREMY T. | ) | |
| MCCULLOUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Mya Eveland, and Defendants Mamaroneck Capital, LLC; Aldridge Pite Haan, LLP; McCullough Payne Haan & Nadler, LLC; and Jeremy T. McCullough, and hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Defendants in the above-styled action, with the parties to bear their own attorney's fees, costs, and expenses.

This 10th day of July, 2018.


Respectfully submitted,

COUNSEL FOR PLAINTIFF

|  | /s/ E. Talley Gray |
|---|---|
|  | E. Talley Gray |
|  | Georgia Bar No. 533660 |

Law Offices of E. Talley Gray
3449-E Lawrenceville-Suwanee Road
Suwanee, Georgia 30024
Tel. 678.428.4868
Email. talleygray@gmail.com

COUNSEL FOR DEFENDANT

                                                     /s/ Jared H. Jacobs
                                                     Michael J. Rust
                                                     Georgia Bar No. 621257
                                                     Jared H. Jacobs
                                                   Georgia Bar No. 553482

Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
950 East Paces Ferry Road
Atlanta, Georgia 30326
Tel. 404.870.7375 (Rust)
Tel. 404.870.7388 (Jacobs)
Email. must@grsmb.com
        jjacobs@grmsb.com

                                                     [Electronic signature affixed
                                                   By E. Talley Gray with express
                                                   permission granted by
                                                   Jared H. Jacobs

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This <u>10</u>th day of July, 2018   Respectfully submitted,

                <u>/s/ E. Talley Gray</u>
                E. Talley Gray